UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOBBY STOLTZ, an individual,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>FRY FOODS, INC., an Ohio corporation,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-00186-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of defendants, and that this case be dismissed in its entirety.

DATED: October 13, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court